1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

CIRILO CABELLO-AVILA,

        Defendant.

Case No.: 14-CR-2419-GPC

**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE**

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed, without prejudice.

IT IS SO ORDERED.

DATED: 1/14/15

_____

HONORABLE GONZALO P. CURIEL
United States District Judge